M. Joseph SCHMITT, Movant, v. Alice E. KRIDER'S EXECUTOR et al., Opposed.

Court of Appeals of Kentucky.

Oct. 28, 1941.

M. Joseph Schmitt for movant.

Lawrence S. Grauman, opposed.

PER CURIAM.

Appeal dismissed, the amount in controversy being less than $200.